UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON GREENSPAN,<br><br>  *Plaintiff,*<br><br> v.<br><br>UNITED STATES SECURITIES AND<br>EXCHANGE COMMISSION,<br><br>  *Defendant.* | Civil Action No. 22-0216 (APM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of T. Anthony Quinn, Assistant United States Attorney, D.C. Bar No. 415213 and telephone (202) 252-7558, as counsel of record for Defendant, the United States Securities and Exchange Commission, in the above-captioned case.

Dated:   March 21, 2022

                Respectfully Submitted,

                */s/ T Anthony Quinn*
                T. ANTHONY QUINN
                D.C. Bar No. 415213
                Assistant United States Attorney
                Civil Division
                555 Fourth Street, NW
                Washington, D.C. 20530
                Phone: (202) 252-7558
                Tony.Quinn2@USDoJ.Gov

                Counsel for Defendant